IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

vs.

WEDCO, INC.,

        Defendant.
_____/

3:12-cv-00523-HDM-VPC

ORDER

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 1st day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE