1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Anna Y. Park, CA SBN 164242
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA  90012
Telephone:  (213) 894-1083
Facsimile:  (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Elizabeth Naccarato, SBN 11221
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
333 Las Vegas Boulevard South, Ste 8112
Las Vegas, Nevada 89101
Telephone: (702) 388-5072
Facsimile:  (702) 388-5094
E-Mail: elizabeth.naccarato@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> WEDCO, INC., and DOES 1-10, <br><br> Defendants | ) Case No.: 3:12-CV-00523-RCJ-VPC <br> ) <br> ) <br> ) **STIPULATION AND [PROPOSED]** <br> ) **ORDER TO SET A CASE** <br> ) **MANAGEMENT CONFERENCE AND** <br> ) **EXTEND DISCOVERY** <br> ) <br> ) Judge: Honorable Valerie P. Cooke <br> ) United States Magistrate Judge <br> ) <br> ) |

Plaintiff, the United States Equal Employment Opportunity Commission ("EEOC" or the "Commission"), and Defendant Wedco, Inc. ("Defendant" or "Wedco"), by and through their respective attorneys' of record, hereby stipulate and agree to: (1) request a case management conference to formulate a briefing schedule that affords the parties an opportunity

-1-

1    to provide this Court with their respective positions on each of the following discovery disputes;

2    and (2) request a 90 day extension of discovery and all related deadlines.

3           This request is made jointly by the parties after working diligently and in good faith

4    through the meet and confer process to resolve the disputes without seeking this Court's

5    intervention; however, certain disputes persist.  Without either party waiving the right to contest

6    other discovery issues as they may arise or contest discovery issues upon which the parties have

7    not yet met and conferred, the disputes that are ripe for briefing to this Court concern the

8    following:

9           (1)    Wedco's subpoena to the Nevada Equal Rights Commission (NERC);

10          (2)    Wedco's subpoena to the Nevada Department of Employment, Training and

11   Rehabilitation, Employment Security Division (DETR);

12          (3)    Wedco's subpoena to Applied Staffing Solutions;

13          (4)    Wedco's subpoena to Spherion Staffing;

14          (5)    Wedco's subpoena to Charging Party Larry Mitchell;

15          (6)    Wedco's requests to depose EEOC Investigator Miguel Escobar, NERC

16   Compliance Investigator Dennis Maginot, and former NERC Intake Officer Maurice Davis; and

17          (7)    The EEOC's privilege log.

18          Further, the parties jointly agree and stipulate to a 90-day extension of the discovery cut-

19   off and related deadlines in this case.  Good cause exists for the requested extension because

20   Counsel for Wedco will be on sabbatical from August 19, 2013 to September 31, 2013, and

21   from November 18, 2013 to December 31, 2013.  In addition, good causes exists for the

22   requested extension because, although the parties have worked diligently to resolve them, the

23   foregoing discovery disputes have created unavoidable delays. Accordingly, the following

24   discovery deadlines are proposed:

25          a.   All discovery is to be completed by January 28, 2014.

26          b.   The final day to submit an expert reports and expert disclosures is November 28,

27               2013.

28          c.   The final day to submit an expert rebuttal report is December 30, 2013.

Case No.: 3:12-CV-00523-RCJ-VPC

1    d. The final day to file any dispositive motion is February 26, 2014.

2    e. The Joint Pretrial Order shall be filed by March 27, 2014.   In the event that

3    dispositive motions are filed, the last day to file the Joint Pretrial Order shall be

4    suspended until thirty (30) days after the ruling on the dispositive motions.

5

6    **IT IS THEREFORE STIPULATED AND AGREED** that: (1) the parties request a

7    case management conference to formulate a briefing schedule that affords the parties an

8    opportunity to provide the court with their respective positions on each of the foregoing

9    discovery disputes; and (2) the parties request a 90 day extension of the discovery and all

10   related deadlines.

11

12   Dated:  August 13, 2013                    Dated:  August 13, 2013

13   /s/ Elizabeth A. Naccarato                 /s/ Anthony L. Hall

14   Elizabeth A. Naccarato                     Anthony L. Hall, Esq., &
     U.S. EEOC                                  Ricardo N. Cordova, Esq.
15   333 Las Vegas Blvd South                   HOLLAND & HART LLP
     Ste. 8112                                  5441 Kietzke Lane, Second Floor
16   Las Vegas, NV 89101                        Reno, Nevada 89511
                                                Telephone:  (775) 327-3000
17   Telephone:  (702) 388-5072                 Facsimile:  (775) 786-6179
     Facsimile:  (702) 388-5094
18                                              Attorney for Defendant
19   Attorney for Plaintiff                     Wedco, Inc.
     U.S. EEOC
20

21
                                     **ORDER**
22   IT IS SO ORDERED, this _____ day of _____, 2013.

23   _____              _____
24       DATED                      THE HONORABLE VALERIE P. COOKE
                                    UNITED STATES MAGISTRATE JUDGE
25

26

27

28

-3-

Case No.: 3:12-CV-00523-RCJ-VPC

1

## <u>CERTIFICATE OF CM/ECF SERVICE</u>

2

I am, and was at the time the herein mentioned service took place, a citizen of the United

3

States, over the age of eighteen (18) years.

4

I am employed in the Legal Unit of the Las Vegas Local Office of the U. S. Equal

Employment Opportunity Commission. My business address is U.S. Equal Employment

5

Opportunity Commission, 333 Las Vegas Boulevard South, Suite 8112 Las Vegas, Nevada

6

89101. On the date that this declaration was executed, as shown below, I served the foregoing

7

**STIPULATION AND [PROPOSED] ORDER TO SET A CASE MANAGEMENT**

8

**CONFERENCE AND EXTEND DISCOVERY**

9

via the Case Management/Electronic Case Filing (CM/ECF) system at Las Vegas, Clark

10

County, Nevada, to:

11

Anthony L. Hall, Esq., &
Ricardo N. Cordova, Esq.

12

HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor

13

Reno, Nevada 89511
Telephone:  (775) 327-3000

14

Facsimile:  (775) 786-6179
ahall@hollandhart.com

15

mcordova@hollandhart.com

16

.

17

18

I declare under penalty of perjury that the foregoing is true and correct.

19

Executed on August 13, 2013 at Las Vegas, Nevada .

20

/s/Elizabeth A. Naccarato

21

Elizabeth A. Naccarato

22

23

24

25

26

27

28

-4-

Case No.: 3:12-CV-00523-RCJ-VPC