# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | 3:12-CV-0523-RCJ (VPC) |
| Plaintiff, | ) ) | **MINUTES OF THE COURT** |
| vs. | ) ) | August 29, 2013 |
| WEDCO, INC., | ) ) ) | |
| Defendant. | ) ) | |

**PRESENT:**   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

**DEPUTY CLERK:**   LISA MANN   **REPORTER:** NONE APPEARING

**COUNSEL FOR PLAINTIFF(S):** NONE APPEARING

**COUNSEL FOR DEFENDANT(S):** NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff moved to file the declaration of Miguel Escobar and exhibits under seal (#12). Defendant filed a notice of non-opposition (#13). Therefore,

IT IS ORDERED that plaintiff's motion to file the declaration of Miguel Escobar and exhibits under seal (#12) is **GRANTED**. The declaration and exhibits (#11) were filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk